IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(GREENBELT DIVISION)

| | |
|---|---|
| SHARNEE SMITH, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>**Plaintiff**,<br>v.<br><br>SODEXO, INC.,<br>SODEXO MANAGEMENT, INC., and<br>SODEXO OPERATIONS, LLC,<br><br>**Defendants.** | Case No.: 8:22-cv-00984-PX |

# [PROPOSED] ORDER

Having considered Defendants' Consent Motion for Extension of Time to Respond to Plaintiff's Complaint and for good cause shown, Defendants' Motion is hereby **GRANTED**.

IT IS THEREFORE ORDERED that Defendants shall be allowed up to and including June 6, 2022 to answer or otherwise respond to Plaintiff's Complaint in this matter.

**SO ORDERED** this _____ day of _____, 2022.

_____
Hon. Paula Xinis
U.S. District Judge

51546023.v2-OGLETREE