**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**GREENBELT DIVISION**

| | |
|---|---|
| SHARNEE SMITH, individually and on behalf of all others similarly situated,<br><br>v.<br><br>SODEXO, INC., SODEXO MANAGEMENT, INC., and SODEXO OPERATIONS, LLC | **Case No. 8:22-cv-00984-PX**<br>FLSA Collective Action<br><br>Judge Paula Xinis |

**ORDER APPROVING AMENDED SETTLEMENT AGREEMENT**

Pending is the Parties' Motion to Approve Amended Settlement Agreement. ECF No. 53. The Court has reviewed the motion, memorandum of law, and accompanying exhibits and finds that the proposed settlement reflects a fair and reasonable compromise of bona fide disputes; the agreement is reached by experienced counsel who have protected the Plaintiffs' rights under the statute; and the parties have negotiated an arms-length resolution free of fraud or collusion. Accordingly, the motion is GRANTED, and the Court ORDERS:

Notice of this case and the settlement, pursuant to the FLSA, 29 U.S.C. § 216(b), shall be provided in the manner set forth in the Parties' Amended Settlement Agreement, to:

> All current or former non-exempt employees of Sodexo, Inc., Sodexo Management, Inc., and Sodexo Operations, LLC (together, "Sodexo") regardless of exact job, position held, or title, employed by Sodexo in the United States from December 12, 2021 to March 12, 2022, who (i) were employed in a job position that used (or would have used but for the Kronos Outage), Kronos Private Cloud to track their hours worked, and (ii) who are defined in the Parties' Amended Settlement Agreement as Net-Under, Net-Under Previously Paid, or Non-Exempt Protected States.

The Parties' Amended Settlement Agreement is APPROVED, including the distribution to Plaintiffs, service award to the Representative Plaintiff, and Plaintiffs' attorneys' fees and expenses as set forth in the Parties' Amended Settlement Agreement.

The proposed notice and consent forms attached to the Settlement Release are AUTHORIZED to be sent to the putative collective members, by U.S. mail and email, and in the manner set forth in the Parties' Amended Settlement Agreement.

Within **60 days from the date of this Order**, the parties shall notify the Court whether the case, having been fully resolved, may be closed and the Complaint dismissed with prejudice.

| | |
|---|---|
| 8/14/24 | /S/ |
| Date | Paula Xinis<br>United States District Judge |